UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE BRYAN,<br><br>                      Plaintiff,<br>v.<br>CITY OF CARLSBAD, et al.,<br>                      Defendant. | Case No.: 17cv697-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

After dismissing some of Bryan's claims with prejudice, and some without prejudice, the Court gave her leave to file an *ex parte* motion for leave to amend. (Docket no. 38.) The deadline for filing that motion was April 5, and she was directed to attach a copy of her proposed amended complaint as an exhibit. The order cautioned Bryan that if she failed to seek leave to amend within the time permitted, the case would be dismissed without leave to amend.

The Court has twice extended the time for Bryan to file her motion for leave to amend. Instead of filing that motion, she filed several lengthy uninvited motions. The May 3 deadline for seeking leave to amend (*see* Docket no. 48) has now passed, and Bryan has not complied with the Court's order.

The Court earlier cautioned Bryan that if she did not seek leave to amend within the time permitted, this action would be dismissed without leave to amend.

(Docket no. 38 at 2:14–16.)  Bryan has not elected to stand on her complaint, but also has not amended or attempted to amend as ordered.  Bryan has given the Court no reason to believe she can amend successfully, or that she is prepared to try to amend.  All claims other than Bryan's 42 U.S.C. §§ 1983, 1985(w), and 1986 claims arising out of the March 29, 2017 search have already been dismissed with prejudice.  The remainder are now **DISMISSED** without prejudice for failure to prosecute.

Because all claims have now been dismissed, this action is **DISMISSED WITHOUT LEAVE TO AMEND**, and the clerk is directed to close the docket.

**IT IS SO ORDERED**.

Dated:  May 4, 2018

_____
Hon. Larry Alan Burns
United States District Judge